UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RAHEEM J. BRENNERMAN,

                Defendant.

No. 17-cr-337 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/17

RICHARD J. SULLIVAN, District Judge:

     On August 3, 2017, the Court set a trial date of November 27, 2017. On October 18, 2017, the government submitted a letter raising a potential conflict of interest between Defendant and his attorneys, requested the Court inquire into the conflict, and potentially hold a hearing addressing the conflict. (Doc. No. 41.) The government's letter raised issues involved with a transaction between Defendant and an entity named Brittania-U. On October 23, 2017, defense counsel moved to withdraw as attorneys for Defendant, citing a serious conflict and nonpayment as reasons to withdraw. (Doc. No. 41.) The government responded with additional information and arguments on October 25, 2017. (Doc. No. 46.) On October 26, 2017, the Court held a conference at which the Court conducted an inquiry into the conflict and potential conflict. At the conference, the government agreed it would not present evidence to the jury relating to Brittania-U as part of its case-in-chief. As a result, all parties and the Court agreed that, at this time, no conflict or potential conflict exists between Defendant and his attorneys.

     Accordingly, as set forth on the record at the October 26 conference, IT IS HEREBY ORDERED THAT defense counsel's motion to withdraw is DENIED. IT IS FURTHER ORDERED THAT the parties shall appear for oral argument on Defendant's pending motions on October 31, 2017 at 1:00 p.m. IT IS FURTHER ORDERED THAT the pretrial deadlines set

forth in the Court's August 3 order remain in place, including the start of trial at 9:30 a.m. on November 27, 2017. The Clerk of Court is respectfully directed to terminate the motion pending at docket number 41.

SO ORDERED.

Dated:    October 26, 2017
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE