*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 4, 2019

**BY ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Raheem J. Brennerman*, 17 Cr. 337 (RJS)

Dear Judge Sullivan:

  Pursuant to the Court's January 28, 2019 order directing ICBC (London) plc to file a supplemental affidavit in support of its request for attorneys' fees, enclosed is an affidavit by Paul Hessler, Esq., counsel for ICBC, which set forth the bases for ICBC's request for a restitution award including attorneys' fees in the amount of $771,378.38.

  The Government respectfully requests that it be permitted to file a response, by February 8, 2019, setting forth its view as to whether the attorneys' fees sought by ICBC, or a portion of those fees, may be awarded under the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A.

           Respectfully submitted,

           GEOFFREY S. BERMAN
           United States Attorney

        by: /s/ Nicolas Roos
          Nicolas Roos
          Danielle R. Sassoon
          Robert B. Sobelman
          Assistant United States Attorneys
          (212) 637-2421

Cc: Scott B. Tulman, Esq.